**UNITED STATES PRETRIAL SERVICES AGENCY**
**Eastern District of New York**

## CONFIDENTIAL MEMORANDUM

**DATE:** December 6, 2022

**TO:** Honorable Kiyo A. Matsumoto
United States District Judge

**RE:** Sherrel Farnsworth, 1:22-CR-258

**Violation of Bail Condition - Request for Warrant**

Reference is made to the above-named defendant, who was arrested on August 13, 2021, charged with Wired Fraud, in violation of Title 18 U.S.C. § 1343, and Social Security Fraud, in violation of Title 42 U.S.C. § 408. She made an initial appearance the same day before United States Magistrate Judge James Cho and was released on a $75,000 unsecured bond with the following conditions: report to Pretrial Services as directed; surrender any travel documents and do not reapply; travel restricted to New York State; subject to random home and employment visits by Pretrial Services; must not possess identification in anyone else's name. The defendant plead guilty on June 24, 2022, and sentencing is currently scheduled for February 21, 2023.

Pretrial Services is writing to notify the Court that the defendant violated her conditions of release. Specifically, on December 6, 2022, Pretrial Services was informed by case agents that the defendant was arrested on November 22, 2022, by Durham Police officers in North Carolina for Fraud-Identity Theft. A review of the arrest report indicated that Chase Bank disseminated an email alert to its branches to caution them about a person opening fraudulent bank accounts under the names of actual account holders. The email contained images of three identification documents bearing the defendant's picture, with two containing the name "Arlene Mecca" and one containing the name "Jennifer Malloy."

When Police questioned the defendant, she produced a Florida driver's license and United States passport card bearing the name "Colleen Dibblee." Both identifications bore a photograph of the defendant. Upon further investigation, the defendant was found to be in possession of a New Jersey driver's license and United States passport card bearing the name "Arlene Mecca." Both identifications bore a photograph of the defendant. While being transported to the Durham Police headquarters, the defendant was also found to be in possession of a piece of paper bearing the name "Dennis Chang" as well as a U.S. bank account number. The defendant was arraigned on charges of Identity Theft and Possession/Manufacture Fraudulent ID under docket No. 22CR348050. She is currently being held in lieu of $15,000 bond at the Durham County Jail in North Carolina.

Pretrial Services respectfully requests that the defendant's bail be revoked, and a warrant be issued for her arrest. Assistant United States Attorney (AUSA) Benjamin Weintraub and Defense Counsel Michelle A. Gelernt were informed of the violation and warrant request. If Your Honor has any questions or concerns regarding this request, please contact Pretrial Services Officer Thomas Ragogna, Jr. at (718) 613-2317.

Prepared by: _____  Approved by: _Melony C. Bedford_
Thomas Ragogna Jr.                      Melony Bedford
U.S. Pretrial Services Officer          Supervising U.S. Pretrial Services Officer

CC: Benjamin Weintraub, AUSA
Michelle Gelernt, Defense Counsel

RE: Sherrel Farnsworth
1:22-CR-258

IT IS THE ORDER OF THE COURT THAT:

☑ Request to revoke bail is granted; Pretrial Services is directed to prepare and process a warrant application for the Court's signature.

☐ Request to revoke bail is granted; the U.S. Attorney's Office is directed to prepare and process a warrant application for the Court's signature.

☐ No action at this time.

☐ Other: _____
_____
_____
_____

SO ORDERED,

_____      12 · 6 · 22
Honorable Kiyo Matsumoto          Date
U.S. District Judge

PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of New York

U.S.A. vs. Sherrel Farnsworth              Docket No. 0207 1:22CR00258

### Petition for Action on Conditions of Pretrial Release

COMES NOW __Thomas Ragogna Jr.__, Pretrial Services Officer, presenting an official report upon the conduct of defendant __Sherrel Farnsworth__, who was placed under pretrial release supervision by the Honorable __James Cho__, sitting in the court at __Brooklyn__ on the 13th date of __August__, 2021

under the following conditions:
1. Report to Pretrial Services as directed;
2. Restrict travel to New York State or as otherwise approved by Pretrial Services;
3. Surrender all passports to Pretrial Services, and do not apply for any travel documents;
4. Be subject to random home/employment contacts by Pretrial Services;
5. The defendant must not possess identification in another name.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

The defendant violated his conditions of release by traveling to North Carolina without permission and being arrested for Identity Theft. To wit, the defendant was found to be in possession of several fraudulent identification cards bearing different names.

PRAYING THAT THE COURT WILL ORDER REVOCATION OF THE BAIL RELEASE CONDITIONS AND ISSUE AN ARREST WARRANT.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 6th day of December, 20 22 and ordered filed and made a part of the records in the above case.<br><br>_[signature]_<br>U.S. District Judge | Executed on December 6th, 2022<br><br>_[signature]_<br>U.S. Pretrial Services Officer<br><br>Place         Brooklyn, NY |

PS3 (12/05-Rev. for PACTS 6/11)                                        Sherrel Farnsworth, / 0207 1:21-00905M-001

In accordance with Local Rule 57.1, Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

## PRETRIAL SERVICES REPORT

| District/Office | Charge(s) (Title, Section, and Description) |
|---|---|
| Eastern District Of New York/Brooklyn | Title 18 U.S.C. § 1343 - Wire Fraud |
| Judicial Officer | Title 42 U.S.C. § 408 (a)(4) - Social Security Fraud |
| Honorable James R. Cho | |
| United States Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.) | |
| 0207 1:21-00905M-001 | |

## DEFENDANT

| Name | | Employer/School | |
|---|---|---|---|
| Farnsworth, Sherrel | | | |
| Other Names on Charging Document | | Unemployed | |
| Address | | Employer/School Address | |
| 240 Greene Avenue | | | |
| Brooklyn, NY 11238 | | | |
| Phone | | | |
| At Address Since | Time in Community of Residence | Monthly Income | Time with Employer/School |
| 06/30/2000 | 39.0 years | $2,400 | |

### INTRODUCTION:

The defendant surrendered to agents from the Social Security Administration Office of Inspector General on August 13, 2021. She is charged with Wire Fraud, in violation of Title 18 U.S.C. § 1343, and Social Security Fraud, in violation of Title 42 U.S.C. § 408(a)(4). The defendant was interviewed on August 13, 2021, in the presence of defense counsel.

### DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:

The defendant, age 61, advised she was born on June 16, 1960 in Boston, Massachusetts. She reported living in New Hampshire and Connecticut before settling in New York in 1982. She noted she has lived at the above address since June 30, 2000. The defendant informed both parents as well as her husband are deceased. She noted she does not have any children. The defendant reported having a sister but explained she does not maintain a close relationship with her as they do not communicate.

Page 1

PS3 (12/05-Rev. for PACTS 6/11)                                                                 Sherrel Farnsworth, / 0207 1:21-00905M-001

### CITIZENSHIP/IMMIGRATION STATUS/PASSPORT INFORMATION:

The defendant stated she is a United States citizen by birth and has an expired passport in her home. She reported international travel to Cuba in 2015 for a personal family related issue. She also reported travel to Italy and France in 1987 for personal reasons regarding her past boyfriend's family. At the advice of counsel, the defendant did not elaborate on her reasons for travel.

### VERIFICATION OF SOCIAL HISTORY:

The defendant informed she is unable to provide Pretrial Services with a contact person who can verify the social information detailed in this report. An Accurint inquiry confirmed the defendant's date of birth, Social Security Number and current address. This inquiry also listed an address of 345 Montgomery Street Brooklyn, New York 11225 as the defendant's current address.

### EMPLOYMENT HISTORY / FINANCIAL RESOURCES:

The defendant informed she has been recently unemployed due to the Covid-19 pandemic in 2020. She noted previous employment as an Uber driver during July 2017. At the advice of counsel, the defendant did not disclose her income. The defendant informed she was working as a part time real estate agent from 2011 to 2017. She reported self-employment prior to 2011 but was advised by defense counsel not to specify.

#### Finances:

The defendant reported a personal checking account with a balance of approximately $1,500. She informed owning property valued at approximately $1.5 million dollars but was advised by counsel not to discuss it further. The defendant noted spending approximately $200 on groceries, $175 on utilities, and $200 in credit card payments each month.

### POTENTIAL SURETY INFORMATION:

The defendant was unable to provide any information regarding potential sureties.

### HEALTH:

#### Physical Health:

The defendant stated she is in excellent physical health with no medical problems reported.

#### Mental Health and Substance Abuse:

The defendant indicated no history of mental health or substance abuse treatment. She admitted to smoking marijuana while in college but informed she has not used marijuana since.

Page 2

PS3 (12/05-Rev. for PACTS 6/11)                                      Sherrel Farnsworth, / 0207 1:21-00905M-001

**PRIOR RECORD:**

The defendant reported no criminal history. A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed no criminal history for the defendant.

A Department of Motor Vehicles (DMV) inquiry, conducted for informational purposes only, revealed, the defendant does not have a license on file.

**ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:

1. Offense Charged

**ASSESSMENT OF DANGER:**

There are no known factors indicating the defendant poses a risk of danger to the community.

**RECOMMENDATION:**

Pretrial Services respectfully recommends the defendant's release on an unsecured bond cosigned by a financially responsible surety, and with the following conditions of bail:

1.) Report to Pretrial Services as directed;
2.) Restrict travel to New York State or as otherwise approved by Pretrial Services;
3.) Surrender all passports to Pretrial Services, and do not apply for any travel documents;
4.) Be subject to random home/ employment contacts by Pretrial Services.

| Pretrial Services Officer<br>Jada Gross | Date<br>8/13/2021 | Time<br>11:50 |
|---|---|---|
| Reviewed By<br>Ignace Sanon-Jules, Supervising Pretrial Services Officer | | |

Page 3

PS 8
(Rev 12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of New York

U.S.A. vs. __Sherrel Farnsworth__     Docket No. 0207 1:22CR00258

### Petition for Action on Conditions of Pretrial Release

COMES NOW __Thomas Ragogna Jr.__, Pretrial Services Officer, presenting an official report upon the conduct of defendant __Sherrel Farnsworth__, who was placed under pretrial release supervision by the Honorable __James Cho__, sitting in the court at __Brooklyn__ on the 13th date of __August__, 2021

under the following conditions:
1. Report to Pretrial Services as directed;
2. Restrict travel to New York State or as otherwise approved by Pretrial Services;
3. Surrender all passports to Pretrial Services, and do not apply for any travel documents;
4. Be subject to random home/employment contacts by Pretrial Services;
5. The defendant must not possess identification in another name.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

The defendant violated his conditions of release by traveling to North Carolina without permission and being arrested for Identity Theft. To wit, the defendant was found to be in possession of several fraudulent identification cards bearing different names.

PRAYING THAT THE COURT WILL ORDER REVOCATION OF THE BAIL RELEASE CONDITIONS AND ISSUE AN ARREST WARRANT.

**ORDER OF COURT**

Considered and ordered this __6th__ day of __December__, 20 __22__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 6th, 2022__

_____
U.S. Pretrial Services Officer

Place __Brooklyn, NY__



Case 2:23-mj-09105-CLW   Document 1   Filed 03/28/23   Page 8 of 8 PageID: 8